

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00813-CR

Tracy Devon **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-5633
The Honorable Angus McGinty, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2014.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Sharon MacRae, former presiding judge of the 290th Judicial District Court, Bexar County, Texas, conducted the trial in this matter in August 2010. The Honorable Angus McGinty, former presiding judge of the 144th Judicial District Court, Bexar County, Texas conducted the new punishment hearing and signed the final judgment on November 16, 2012.